**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6473

HAROLD SMITH,

Plaintiff - Appellant,

versus

STEVE ASSOCIATE WARDEN; FRANK SPOON, Factory
Manager; JERRY DEMPSEY, Foreman; FNU MONROE,
Foreman; RICKY GAULT, Foreman; ELMORE BUTCH
HARRIS, Assistant Safety Manager; JOHN DOE,
Property Owner,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry F. Floyd, District Judge.
(CA-04-1188-HFF)

Submitted:  July 27, 2005          Decided:  August 4, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Harold Smith, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harold Smith seeks to appeal the district court's order denying relief on the claims as to some, but not all, defendants in Smith's <u>Bivens</u>[*] action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Smith seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).